Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Telephone:    516.741.4977
Facsimile:    516.741.0626
esmith@brodskysmith.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES COSTELLO, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CNX MIDSTREAM PARTNERS LP., CNX MIDSTREAM GP LLC. CNX RESOURCES CORPORATION, CNX RESOURCES HOLDINGS LLC, NICHOLAS J. DEIULIIS, RAYMOND T. BETLER, CHAD A. GRIFFITH, JOHN E. JACKSON, JOHN A. MAHER, DONALD W. RUSH, and HAYLEY F. SCOTT,<br><br>Defendants. | **Case No.: 1:20-cv-06820-NRB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1 | Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2 | Procedure, plaintiff James Costello ("Plaintiff") voluntarily dismisses this action without prejudice
3 | as to both the Plaintiff's individual claims and the claims of the putative class.  This notice of
4 | dismissal is being filed before service by Defendants of either an answer or a motion for summary
5 | judgment.  Since no class has been certified and the dismissal is without prejudice as to the
6 | members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of this
7 | Action is effective upon filing of this notice.

Dated: October 22, 2020                **BRODSKY & SMITH, LLC**

*/s/ Evan J. Smith*_____
Evan J. Smith
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Telephone:     516.741.4977
Facsimile:     516.741.0626
esmith@brodskysmith.com

*Attorneys for Plaintiff*